*TXEB Local Form 3015-f [effective December 1, 2017]*

Case 20-40313  Doc 76  Filed 03/25/22  Entered 03/25/22 10:59:27  Desc Main
Document  Page 1 of 3

EOD
03/25/2022

20b/68

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. 20-40313 |
| **TRAVIS, ZACHERY SEAN** | § | |
| xxx-xx-4896 | § | |
| 1308 Thoreau Ln | § | |
| Allen, TX 75002 | § | Chapter 13 |
| | § | |
| **TRAVIS, CHARLENE** | § | |
| xxx-xx-9454 | § | |
| 1308 Thoreau Ln | § | |
| Allen, TX 75002 | § | |
| | § | |
| Debtor | § | |

### AGREED ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN
*[if applicable]:* **AND GRANTING ADDITIONAL AWARD OF ATTORNEY'S FEES**

On March 23, 2022, the Court heard the Motion to Modify Confirmed Chapter 13 Plan (the "Modification Motion") filed on January 31, 2022 by the Debtor, Zachery Sean Travis and Charlene Travis (the "Debtor"). The Modification Motion seeks to modify the terms of the confirmed Chapter 13 plan **[dkt #27]** in the above-referenced case (the "Confirmed Chapter 13 Plan"). The Court finds that appropriate notice of the Modification Motion and the hearing were each properly given pursuant to the Federal and Local Rules of Bankruptcy Procedure. The Court finds that, as set forth on the record in open court, all objections to the Modification Motion have been withdrawn or overruled and that all applicable requirements set forth in § 1329 of the Bankruptcy Code have been fulfilled. Accordingly, the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion to Modify Confirmed Chapter 13 Plan filed on January 31, 2022 by the Debtor, Zachery Sean Travis and Charlene Travis, is hereby **GRANTED**, the Confirmed Chapter 13 Plan is hereby **MODIFIED** in accordance with the provisions set forth in the Modification Motion, as amended by the terms of this Order, and the Chapter 13 Trustee shall adjust his distributions accordingly.

**IT IS FURTHER ORDERED** that all provisions of the Confirmed Chapter 13 Plan not addressed by the Modification Motion or this Order remain in full force and effect.

**IT IS FURTHER ORDERED** that the request for an additional award of attorney's fees, as contained in ¶ 5 of the Modification Motion, is **GRANTED** and that Warren & Migliaccio, LLP Attorneys at Law, is awarded the sum of $200.00 which shall be in addition to any other fees previously awarded or paid in this case, through Debtor's legal insurance, HYATT.

Signed on 3/25/2022

*Brenda T. Rhoades*  MD
_____
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

1

AGREED:

_____
Jeff LeForce
Attorney for Chapter 13 Trustee


_____
Christopher Migliaccio
Attorney for Debtors

-Variable Plan Payments-

This is a **84** Month Plan

Beginning on **3/24/2020** and Ending on **3/24/2027**

| Month | Proposed Variable Payments | Month | Proposed Variable Payments |
|---|---|---|---|
| 1 | $655.65 | 43 | $1243.00 |
| 2 | $655.65 | 44 | $1243.00 |
| 3 | $655.65 | 45 | $1243.00 |
| 4 | $655.65 | 46 | $1243.00 |
| 5 | $655.65 | 47 | $1243.00 |
| 6 | $655.65 | 48 | $1243.00 |
| 7 | $655.65 | 49 | $1243.00 |
| 8 | $655.65 | 50 | $1243.00 |
| 9 | $655.65 | 51 | $1243.00 |
| 10 | $655.65 | 52 | $1243.00 |
| 11 | $655.65 | 53 | $1243.00 |
| 12 | $655.65 | 54 | $1243.00 |
| 13 | $655.65 | 55 | $1243.00 |
| 14 | $655.65 | 56 | $1243.00 |
| 15 | $655.65 | 57 | $1243.00 |
| 16 | $655.65 | 58 | $1243.00 |
| 17 | $655.65 | 59 | $1243.00 |
| 18 | $655.65 | 60 | $1243.00 |
| 19 | $655.65 | 61 | $1243.00 |
| 20 | $655.65 | 62 | $1243.00 |
| 21 | $655.65 | 63 | $1243.00 |
| 22 | $655.65 | 64 | $1243.00 |
| 23 | $655.65 | 65 | $1243.00 |
| 24 | $1210.00 | 66 | $1243.00 |
| 25 | $1243.00 | 67 | $1243.00 |
| 26 | $1243.00 | 68 | $1243.00 |
| 27 | $1243.00 | 69 | $1243.00 |
| 28 | $1243.00 | 70 | $1243.00 |
| 29 | $1243.00 | 71 | $1243.00 |
| 30 | $1243.00 | 72 | $1243.00 |
| 31 | $1243.00 | 73 | $1243.00 |
| 32 | $1243.00 | 74 | $1243.00 |
| 33 | $1243.00 | 75 | $1243.00 |
| 34 | $1243.00 | 76 | $1243.00 |
| 35 | $1243.00 | 77 | $1243.00 |
| 36 | $1243.00 | 78 | $1243.00 |
| 37 | $1243.00 | 79 | $1243.00 |
| 38 | $1243.00 | 80 | $1243.00 |
| 39 | $1243.00 | 81 | $1243.00 |
| 40 | $1243.00 | 82 | $1243.00 |
| 41 | $1243.00 | 83 | $1243.00 |
| 42 | $1243.00 | 84 | $1243.00 |
| | | TOTAL | $90,869.95 |